IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| ANTWAN RICHARDSON, | Civil Action No.: 3: 15-cv-0087 |
| Plaintiff, | |
| | United States District Judge |
| v. | Kim R. Gibson |
| GERALD ROZUM, et al., | |
| Defendants. | |

**MEMORANDUM OPINION**

This prisoner civil rights case was commenced on April 2, 2015, with the filing of a petition to proceed *in forma pauperis* and was referred to United States Magistrate Judge Cynthia Reed Eddy for pretrial proceedings in accordance with the Magistrate Judges Act, 28 U.S.C. § 636(b)(1), and Rules 72.1.3 and 72.1.4 of the Local Rules for Magistrate Judges.

The magistrate judge's report and recommendation, dated June 9, 2017 (ECF No. 44) recommended that Defendants' motion for summary judgment be granted in its entirety. A copy of the report and recommendation was mailed to Plaintiff by First Class United States Mail at his listed address. Plaintiff was advised that he had until June 26, 2017, to file written objections to the Report and Recommendation.[1] Plaintiff has not filed any objections nor has he sought an extension of time in which to do so.

---

[1] At the time Plaintiff commenced this lawsuit he was an inmate in the custody of the Pennsylvania of Corrections confined at SCI-Camp Hill. On August 9, 2016, Plaintiff provided the Court with a change of address. (ECF No. 33.)

1

After *de novo* review of the pleadings and documents in the case, together with the Report and Recommendation, Defendants' motion for summary judgment will be granted. An appropriate order will be entered.

Dated: July 6, 2017

BY THE COURT:

Kim R. Gibson
United States District Judge

cc: ANTWAN RICHARDSON
315 Burchfield Street, Apt. 1
Harrisburg, PA 17104
(via U.S. First Class Mail)

Timothy Mazzocca
Office of Attorney General
(via ECF electronic notification)

IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

ANTWAN RICHARDSON, )
                                )     Civil Action No.: 3: 15-cv-0087
         Plaintiff, )
                                )     United States District Judge
v. )     Kim R. Gibson
                                )
GERALD ROZUM, et al., )
         Defendants. )

## ORDER

AND NOW, this 6th day of July, 2017, it is hereby **ORDERED, ADJUDGED AND DECREED** that, for the reasons set forth in the accompanying memorandum opinion, Defendants' Motion for Summary Judgment (ECF No. 37) is **GRANTED**.

**IT IS FURTHER ORDERED** that the Report and Recommendation (ECF No. 44) dated June 9, 2017, is **ADOPTED** as the Opinion of the Court.

                                            Kim R. Gibson
                                            United States District Judge

cc:     ANTWAN RICHARDSON
        315 Burchfield Street, Apt. 1
        Harrisburg, PA 17104
        (via U.S. First Class Mail)

        Timothy Mazzocca
        Office of Attorney General
        (via ECF electronic notification)